# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**EARL SPENCER WOODS, JR.**                                                **PLAINTIFF**
**ADC #181182**

**V.**                         **NO. 4:23-cv-00775-BSM-ERE**

**JAMES SINGLETON,** *et al.*                                         **DEFENDANTS**

## <u>ORDER</u>

On August 22, 2023, Plaintiff Earl Spencer Woods, Jr., an Arkansas Division of Correction inmate previously incarcerated at the Hempstead County Detention Center ("Detention Center"), filed a complaint (*Doc. 2*) under 42 U.S.C. § 1983. Mr. Woods' complaint alleges that: (1) on January 3, 2022, he suffered injuries while being transported from the Hempstead County Jail; and (2) Detention Center staff failed to provide him adequate medical treatment for those injuries. He sues Hempstead County Sheriff James Singleton, Jail Administrator James Wise, Jail Doctor Elkins, and Jail Guard Bryant.

Mr. Woods' claims arose in Hope, Arkansas, where all Defendants are located. Hope, Arkansas is in the Western District of Arkansas. Venue is proper in the judicial district where "any defendant resides" or where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). Accordingly, venue is not proper in this district. Rather than dismiss the case for improper venue, the Court will transfer the case to the Western District, where venue

is proper. See 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT the Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

So Ordered 23 August 2023.

_____
UNITED STATES MAGISTRATE JUDGE