IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EARL SPENCER WOODS, JR.
ADC #181182                                                                                           PLAINTIFF

v.                          Civil No. 4:23-CV-04080-SOH-CDC

SHERIFF JAMES SINGLETON, Hempstead County Detention Center,
CAPTAIN JAMES WISE, Hempstead County Jail;
ELKIN, Hempstead County Jail; and JAIL GUARD BRYANT,
Hempstead County Jail, individually and in their official capacities,        DEFENDANTS.

# ORDER

Plaintiff Earl Spencer Woods, Jr., a prisoner, has filed the above-captioned civil rights action pursuant to 42 U.S.C. § 1983. This matter is before the Court on Plaintiff's self-styled "Motion for Disclosure of Favorable Evidence Advisory to the Court" (hereinafter "Motion"). (ECF No. 38).

Upon initial review, it appears that Plaintiff's Motion is missing page two (2) of eight (8). *See* (ECF No. 38). Without this page, it is unclear if the remaining seven (7) pages accurately captures Plaintiff's requests of the Court and the basis for those requests. Accordingly, should Plaintiff wish for this Court to consider his Motion, **he is DIRECTED to refile the entire submission within 21 days of the date of this order, failing which this Court will deny the motion for failure to comply with court orders.**

Further, to the extent that Plaintiff's Motion is a request to compel Defendant to produce discovery, Plaintiff is CAUTIONED that the Court's scheduling order, *see* (ECF No. 27), and Local Rule 7.2(g) **require** parties to confer in good faith or attempt to confer in good faith to resolve discovery disputes before involving the Court. A motion to compel discovery, moreover, must include a statement saying that the parties first attempted to resolve the discovery dispute on

their own.  (ECF No. 27).  Failure to do so may result in the Court denying the motion to compel for failure to comply with the Court's scheduling order and the Local Rules.

Finally, upon initial review of Plaintiff's Motion, it appears that Defendant may have sent Plaintiff materials related to a different case.  Defendant is encouraged to review his file to determine whether he has mailed Plaintiff the necessary disclosures related to *this* case.

IT IS SO ORDERED this 6th day of June 2024.

*/s/ Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE